NUMBER 13-09-00322-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF C. A. B., A CHILD

_____________________________________________________________


On appeal from the 105th District Court of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Nicholas C. Newman, perfected an appeal from a judgment entered by
the 105th District Court of Nueces County, Texas, in cause number 05-3155-D. Appellant
has filed a notice of withdrawal of appeal on grounds that he filed a motion for new trial
which was granted by the trial court. Appellant states that as a result of the granting of the
motion for new trial, he withdraws his notice of appeal. 

 The Court, having considered the documents on file and appellant's motion to
withdraw the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to withdraw the appeal is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM



Memorandum Opinion delivered and filed 

this the 6th day of August, 2009.